Barry W. Lee (State Bar No. 088685)
E-mail: blee@manatt.com
Bruce B. Kelson (State Bar No. 202441)
E-mail: bkelson@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Defendants Brain Research Labs LLC,
Joshua Reynolds, John Arnold and Gerry Mathews

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROTENBERG and DOES 1-100,<br><br>Plaintiffs,<br><br>v.<br><br>BRAIN RESEARCH LABS LLC, a Delaware LLC; 20/20 BRAIN POWER PARTNERS LLC, a California LLC, a member of Brain Research Labs LLC; CHARLES CONAWAY, a member of Brain Research Labs LLC and general partner of Sabre Capital Partners, LP; RICHARD COTE, a managing member of Brain Research Labs LLC and managing member of Lorac Holdings LLC; LORAC HOLDINGS LLC, a Washington LLC, a managing member of Brain Research Labs LLC; SABRE CAPITAL MANAGEMENT LLC, a Delaware LLC, a member of Brain Research Labs LLC; SABRE CAPITAL PARTNERS, LP, a Delaware LP, general partner of Sabre Capital Management LLC; SHRIK MEHTA, a member of Brain Research Labs LLC; 20/20 BRAIN POWER FOUNDERS LLC, a California LLC, a manager of 20/20 Brain Power Partners LLC; JOSHUA REYNOLDS, manager of 20/20 Brain Power Founders LLC; JOHN ARNOLD, manager of Brain Power Partners LLC, and President of MedHealth Direct, Inc.; MEDHEALTH DIRECT, INC., a California corporation; ARNOLD BRESKY, a California resident; CYNTHIA WATSON, a California resident; GERRY MATHEWS, an Ohio resident; CHERYL SINDELL, a California resident; CON STOUGH, an Australian resident; KEITH WESNES, a resident of the United Kingdom; ANDREA ZANGARA, a resident of the United Kingdom; and ROES 1-100,<br><br>Defendants. | Case No. 3:09-cv-02914<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

WHEREAS, Defendants Brain Research Labs LLC, Joshua Reynolds, John Arnold and Gerry Mathews (the "Served Defendants") filed a Notice of Removal in this action on June 29, 2009;

WHEREAS, the Served Defendants' response to the complaint would be due on July 7, 2009, pursuant to Fed. R. Civ. P. 81(c)(2).

WHEREAS, the parties have agreed to a 30-day extension of time for the Served Defendants to respond to the complaint.

THEREFORE, it is hereby agreed and stipulated between the parties, pursuant to Civil L.R. 6-1(a), that the Served Defendants shall have an extension of time, to August 6, 2009, to answer, move or otherwise respond to the complaint in this action.

IT IS SO AGREED AND STIPULATED.

Dated: July 6, 2009     ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Timothy A. Dolan
    Timothy A. Dolan

Attorneys for Plaintiff
*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Bruce B. Kelson hereby attests that concurrence in the filing of the document has been obtained.*

Dated: July 6, 2009     MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Bruce B. Kelson
    Bruce B. Kelson

Attorneys for Defendants Brain Research Labs LLC, Joshua Reynolds, John Arnold and Gerry Mathews

Dated: July 10, 2009

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

90078330.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT     CASE NO. 3:09-CV-2914