Robert H. Platt (State Bar No. 108533)
E-mail:  rplatt@manatt.com
Bruce B. Kelson (State Bar No. 202441)
E-mail:  bkelson@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA  94111
Telephone:  (415) 291-7400
Facsimile:  (415) 291-7474

Attorneys for Defendants Brain Research Labs LLC,
Joshua Reynolds, John Arnold and Gerry Mathews

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROTENBERG and DOES 1-100,<br><br>    Plaintiffs,<br><br>    v.<br><br>BRAIN RESEARCH LABS LLC, a Delaware LLC; 20/20 BRAIN POWER PARTNERS LLC, a California LLC, a member of Brain Research Labs LLC; CHARLES CONAWAY, a member of Brain Research Labs LLC and general partner of Sabre Capital Partners, LP; RICHARD COTE, a managing member of Brain Research Labs LLC and managing member of Lorac Holdings LLC; LORAC HOLDINGS LLC, a Washington LLC, a managing member of Brain Research Labs LLC; SABRE CAPITAL MANAGEMENT LLC, a Delaware LLC, a member of Brain Research Labs LLC; SABRE CAPITAL PARTNERS, LP, a Delaware LP, general partner of Sabre Capital Management LLC; SHRIK MEHTA, a member of Brain Research Labs LLC; 20/20 BRAIN POWER FOUNDERS LLC, a California LLC, a manager of 20/20 Brain Power Partners LLC; JOSHUA REYNOLDS, manager of 20/20 Brain Power Founders LLC; JOHN ARNOLD, manager of Brain Power Partners LLC, and President of MedHealth Direct, Inc.; MEDHEALTH DIRECT, INC., a California corporation; ARNOLD BRESKY, a California resident; CYNTHIA WATSON, a California resident; GERRY MATHEWS, an Ohio resident; CHERYL SINDELL, a California resident; CON STOUGH, an Australian resident; KEITH WESNES, a resident of the United Kingdom; ANDREA ZANGARA, a resident of the United Kingdom; and ROES 1-100,<br><br>    Defendants. | Case No. 3:09-cv-02914<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING TIME TO RESPOND TO COMPLAINT PENDING RESOLUTION OF MOTION TO REMAND AND MOTION TO TRANSFER** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
CONTINUING TIME TO RESPOND TO COMPLAINT

CASE NO. 3:09-CV-2914-SC

1   WHEREAS, Defendants Brain Research Labs LLC, Joshua Reynolds, John
2   Arnold and Gerry Mathews (the "Served Defendants") filed a Notice of Removal in this action on
3   June 29, 2009;

4   WHEREAS, on July 6, 2009, the parties stipulated to a 30-day extension of time,
5   until August 6, 20009, for the Served Defendants to respond to the complaint in this action, and
6   on July 10, 2009, the Court, by Magistrate Judge Spero, entered an order approving this
7   stipulation;

8   WHEREAS, on July 29, 2009, Plaintiff filed a Motion to Remand this action to the
9   California Superior Court for Marin County, setting a hearing date of September 11, 2009;

10   WHEREAS, the Served Defendants intend to oppose the Motion to Remand, and
11   also to file a Motion to Transfer this action to the United States District Court for the Central
12   District of California.  The Served Defendants intend to file their Motion to Transfer on or before
13   August 7, 2009, and have obtained a hearing date of September 11, 2009, so that the Motion to
14   Remand and the Motion to Transfer can be resolved together, as the case may be.

15   WHEREAS, pursuant to Local Rule 7-3, papers in opposition to the Motion to
16   Remand and the Motion to Transfer will be due on or before August 21, 2009, and reply papers
17   relating to the two motions will be due on or before August 28, 2009;

18   WHEREAS, the parties have agreed to a further continuation of time for the
19   Served Defendants to respond to the complaint until after the resolution of the Motion to Remand
20   and the Motion to Transfer, and believe that this further continuation is reasonable and
21   appropriate pending resolution of the two motions regarding forum and venue.

22   THEREFORE, it is hereby agreed and stipulated between the parties, pursuant to
23   Civil L.R. 6-1 and 6-2, that the Served Defendants shall have a continuation of time to answer,
24   move or otherwise respond to the complaint in this action until 20 days after entry of an order
25   resolving the Motion to Remand and Motion to Transfer.

26   IN ADDITION, because there will be no answer or responsive motion on file at
27   the time of the Initial Case Management Conference currently scheduled for September 25, 2009,
28   the Initial Case Management Conference should also be continued, until the next available date of

2
STIPULATION AND [PROPOSED] ORDER                                              CASE NO. 3:09-CV-2914-SC
CONTINUING TIME TO RESPOND TO COMPLAINT

1 | November 20, 2009 at 10:00 a.m.

2 |                IT IS SO AGREED AND STIPULATED.

3 | Dated:   August 3, 2009                ROPERS, MAJESKI, KOHN & BENTLEY

5 |                             By:   /s/ Timothy A. Dolan
                                  Timothy A. Dolan

Attorneys for Plaintiff

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Bruce B. Kelson hereby attests that concurrence in the filing of the document has been obtained.*

11 | Dated:   August 3, 2009                MANATT, PHELPS & PHILLIPS, LLP

13 |                             By:   /s/ Bruce B. Kelson
                                  Bruce B. Kelson

Attorneys for Defendants Brain Research Labs LLC, Joshua Reynolds, John Arnold and Gerry Mathews

             PURSUANT TO STIPULATION, IT IS SO ORDERED.

19 | Dated:   August 6, 2009

                            The Honorable Samuel Conti
                            United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*

24 | 90081878.1